RALPH B. GUY, JR.,
concurring in the judgment of remand.
Although I join the other two panel members in deciding to remand this case for further proceedings, I write separately because the basis of the remand is reliance on a statutory section not relied upon or cited by the plaintiff in the district court. Prior to placing reliance on TenmCode Ann. § 8-8-201(a)(3), the court rejected every basis for reversal urged by the plaintiff in this appeal.
By joining in the judgment, I do not mean to imply that I agree that TenmCode Ann. § 8-8-201 is controlling or even relevant. The best place for this to be thrashed out, however, is in the district court where the defendant will have an opportunity to respond and the ■ district judge can make an initial evaluation of the import of this statutory section.